

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-71,296-02

### EX PARTE CLIFTON LAMAR WILLIAMS, Applicant

### ON APPLICATION FOR POST-CONVICTION WRIT OF HABEAS CORPUS AND MOTION TO STAY THE EXECUTION IN CAUSE NO. 114-1505-06 IN THE 114TH JUDICIAL DISTRICT COURT SMITH COUNTY

*Per curiam*. MEYERS, J., would deny the stay.

### O R D E R

This is a subsequent application for a writ of habeas corpus filed pursuant to the provisions of Texas Code of Criminal Procedure Article 11.071 § 5 and a motion for a stay of execution.

In October 2006, a jury found applicant guilty of the offense of capital murder. The jury answered the special issues submitted pursuant to Texas Code of Criminal Procedure Article 37.071, and the trial court, accordingly, set applicant's punishment at death. This Court affirmed applicant's conviction and sentence on direct appeal.

*Williams v. State*, 270 S.W.3d 112 (Tex. Crim. App. 2008). This Court denied relief on applicant's initial post-conviction application for a writ of habeas corpus. *Ex parte Williams*, No. WR-71,296-01 (Tex. Crim. App. Mar. 18, 2009)(not designated for publication).

On July 15, 2015, applicant filed in the trial court this his first subsequent application for a writ of habeas corpus. After reviewing applicant's habeas application, we have determined that the claim raised meets the dictates of Article 11.071 § 5. Therefore, the application is remanded to the trial court for a review on the merits. Applicant's motion to stay his execution is granted pending resolution of his claim.

IT IS SO ORDERED THIS THE 16th DAY OF JULY, 2015.

Do Not Publish